UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

                Plaintiff,

      v.

O-CO CONCRETE CONSTRUCTION, LLC.,

                Defendant.

No. C20-548RSL

ORDER TO SHOW CAUSE

      This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on April 9, 2020. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than August 13, 2020. The Clerk of Court is directed to note this Show Cause on the Court's calendar for Friday, August 14, 2020.

      DATED this 22nd day of July, 2020.

                                        Robert S. Lasnik
                                        United States District Judge

ORDER TO SHOW CAUSE