UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., <br><br> Plaintiff, <br><br> v. <br><br> O-CO CONCRETE CONSTRUCTION LLC, <br><br> Defendant. | Case No. C20-548RSL <br><br> ORDER RE-NOTING MOTION FOR DEFAULT JUDGMENT |

This matter comes before the Court on plaintiff's "Motion for and Affidavit for Entry of Default Judgment." Dkt. #11.  Having reviewed the complaint, plaintiff's motion, and the supporting affidavit and exhibits, the Court finds that additional proof is necessary.  Plaintiff's calculations regarding liquidated damages and pre-judgment interest are not sufficiently explained and do not seem to be supported by the evidence provided.

Accordingly, plaintiff shall, within fourteen (14) days of the date of this Order, submit additional proof to support the requested $2,234.53 in liquidated damages and $63.81 in pre-judgment interest.  The Clerk of Court is directed to re-note plaintiff's "Motion for and Affidavit for Entry of Default Judgment" (Dkt. #11) on the Court's calendar for Friday, November 6, 2020.

DATED this 19th day of October, 2020.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER RE-NOTING MOTION FOR DEFAULT JUDGMENT - 1