THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O-CO CONCRETE CONSTRUCTION LLC, a Washington limited liability company, <br><br> Defendant. | NO.  C20-548-RSL <br><br> ORDER DIRECTING ENTRY OF JUDGMENT |

## Summary of Judgment

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | O-Co Concrete Construction LLC |
| Liquidated Damages | $1,942.23 |
| Interest to Date of Judgment: | $53.60 |
| Attorneys' Fees: | $697.50 |
| Costs: | $465.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid, the Declaration of Hunter Hughes, and the exhibits thereto in support

of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 313, with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Plaintiff's Agreements and Declarations of Trust for the period January 2020 through March 2020:  for liquidated damages of $1,942.23, for pre-judgment interest of $53.60, for attorneys' fees of $697.50, and for costs of $465.00, all for a total of $2,908.18.

JUDGMENT ENTERED this 23rd day of October, 2020.

_____
Robert S. Lasnik
United States District Judge

Presented for Entry by:

*s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff